IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **PATRICK BEST**, Individually; **FERRELL SOLES**, Individually; **PARKS W. COLWEL, JR.**, Individually; **HENRY McGILL**, Individually; **MATT HUGHES**, Individually; and **THE RIVER MUSIC, INC.**, Plaintiffs, v. **RALEY RECORDS AND ENTERTAINMENT, INC.**, d/b/a RALEY RECORDS, RALEY ENTERTAINMENT, and RALEY STUDIOS; **BRIAN DRIGGERS**, Individually and d/b/a RALEY RECORDS, RALEY ENTERTAINMENT, and/or RALEY STUDIOS, Defendants. | Civil Action No. 7:06-CV-23 (HL) |

## ORDER

Defendant Brian Driggers is directed to retain counsel and have said counsel file a notice of appearance with the Court no later than September 1, 2006.

**SO ORDERED**, this the 22nd day of August, 2006.

/s/ Hugh Lawson
**HUGH LAWSON, Judge**

scs